And there are other scholarships, junior honors, and more, and there's so many. So, this case, there is an opportunity for the board to raise some clarity and to halt the process of moving across the country. And there's a 25% opportunity to do so. And this was where the FAA was able to extend it to a period of strong federal resumption in favor of the enforceability of race agreements and liberal policy in favor of the enforceability of the repatriation agreements. But this report here, the final resumption of the FAA policy was resumption against the enforcement agreement and not in review. And there's our needs. Of course, the needs in this case and the line of clarity is striking down the 14% or 13% of repatriation agreements in history. And I think it doesn't seem strongly assumed to nullify the repatriation agreements. And the coordination analysis doesn't really help know where you're falling with the contract that is there on the FAA document. And it's been many years since then. So this is one of the Supreme Courts. And it's been held in two different colors most recently during the Civil Courts and the Constitutional Court. I started in 2014. I'm not sure if you guys have seen this clearly. Of course, this area, the Judicial Court and the Civil Courts is a very different kind of area. And in particular, in the foremost areas, it's been in 143 cases in subsequent years. The Judicial Court required the court to include all sorts of full-face warnings at the beginning of the licensing agreement itself. So if I give you an example, I'm sorry. I just want you to know this. It's a part number 23. It's a part number 24. It's a part number 22. It's a part number 25. It's a part number 26. First of all, for some of the different types of issues here, it's a similar argument. And it is that the District Court rewrote the property adjudication rewriting the provisions of the 2013 agreement in order for it to become a 14-year contract. And in the current state, a person will not be taking any of the efforts to be able to do that. But he overrides some of the other provisions when making or sending out a notice of what should be written before the people even write that notice. And that's absolutely right, Your Honor. And in respect to the courts' property, essentially what's been decided in this case is not a rewriting. It's not a rewriting. No time has been taken to bring back the 2013 agreement and to bring it out before the courts' adjudication. And finally, I just want you to make your complaint about the 2014 agreement. I just want you to make your complaint about any of the different arguments as far as what would have occurred before the person had written his 2014 agreement notice. It's what I'm saying in respect to the court that was required. So what does that mean in terms of what you're trying to do? Yes, Your Honor. What I'm trying to do is make it clear that this procedure makes no sense in itself. This issue is not legal. It's not legal. This person's property seems to be a tool in order. What you want to do, Your Honor, is say that this person will receive all the contributions they need because there's a meaningful opportunity to talk to them. There's a meaningful opportunity to talk to them. Your Honor, this person will receive all the resources they need to talk to them. That's absolutely right, Your Honor. And in respect to counsel's rights, it will be according to the court's decision that a long-time employee will not be able to make sure that his or her duties are fulfilled. And you're very clear there. It was a meaningful opportunity, Your Honor, to talk to him. And then there's two other changes, Your Honor. So first, you need to discover the self-righting of the defendant. Those are essential standards. You have to be set in the Supreme Court system. It's a strange part of your community. Those who say to the unlawful doing of this court comply with those findings of the rule of law. And the court can say, just disagree with the unlawful decision of this court. And in the agreement that was signed six years earlier by the California Supreme Court which established it, first of all, by the U.S. Supreme Court, it also mentions that an uncertain amount of unlawful duties in any respect to the court's obligation to oversee all constitutional duty. It's a sign that, okay, this case is ranging from this court itself, most importantly, but it's a lot more significant than the process of litigation of 33 years of slavery. Since then, since 2014, Congress has put on record its meaningful obligations to conduct arbitration for civil suits such as 33, 34, and other measures. It will be charged if the court is distinct to stop at a possible cause, meaning the court will continue to direct the process which it actually will. So this is not a contract of litigation. There's meaningful obligations, rules, records, meaningful obligations to be used for individuals to conduct arbitration for civil suits.   from this court itself, most importantly, but it's a lot more significant than the process of litigation of 33 years of slavery.  since 2014, Congress has put on record   for civil suits such as 33, 34, and other measures. It's a sign that, okay, this case is ranging  meaning the court will continue to direct the process which it actually will. So this is not a contract of litigation. It's a sign that, okay, this case is ranging from the court itself           okay, this case is ranging from the court itself to the process of litigation of 33 years of slavery. And so the court has a reconsidering of the first century ruling before it became a full-time international institution like the New York Times had a plan B. And the second century plan B is actually one of the most important and by and large representative of the class of the historic conservative popular identity policy historically composited by the countless historical role that where a waiver agreement requires a waiver agreement any representative at all in Los Angeles California public office did not see an issue that parties could agree not to have a waiver agreement which includes a waiver of a waiver agreement in its beginning interety we believe that representing those allies is equally important so the waiver agreement requires individuals to be able to at least have an equal chance of  a chance of being in a position where they are in a position where they are in a position where they are in a position where they should remain in  position where they are in a position where they are not able to remain in control of the buckets thus far seem to say with the arbitration laws most times can't go to arbitration you can't do anything that's sort of involved in several elements of the court I'm not set to do arbitration I'm not always in favor of the 2013 agreement but in the end of the day I want to bring them to stay and this is my use in keeping the arbitration in the existing court it can't be extinguished under California law it can't be removed under the 2013 law that part of the case continues in the district                                         of California  in the case of the 2013 and 2014 arbitration case in the district of California the extension of the law is not separable so we've been     talking about this   long time and we've been talking about this for a  definitely been talking about this for a long time and we've been talking about this for a long time and    about this for a long  and we've been talking about this for a long time and we've been talking about this for a long and we've  talking about this for a long time and we've been talking about this for a long ........ and this task of this task of a  of this path of    these wrong paths of this wrong path of this wrong path . And this is not a perfect path. It      It is not  perfect path. It is not a perfect path . And it is not perfect path. It is not a path  And it is not a path . And it is not  path . Yeah. . . . . . . . . . Like taking
judges: Tallman, Clifton, Ikuta